UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL CROSBY #535781 | CIVIL ACTION NO. 24-cv-358 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TRAVIS DAY | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 6] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that because the Petition filed by Michael Crosby ("Crosby") is second and successive and Crosby has not obtained authorization from the Fifth Circuit to file another, the Petition [Doc. No. 5] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 8th day of July 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE